B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **RGR Watkins, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Williams, Parker, Harrison, Dietz & Getz**<br>**Attn: Patrick Ryskamp**<br>**200 S Orange Ave.**<br>**Sarasota, FL 34236-6802** | **Williams, Parker, Harrison, Dietz & Getz**<br>**Attn: Patrick Ryskamp**<br>**200 S Orange Ave.**<br>**Sarasota, FL 34236-6802** | | | **44,057.50** |
| **Taylor English Duma LLP**<br>**1600 Parkwood Cir., #400**<br>**Atlanta, GA 30339** | **Taylor English Duma LLP**<br>**1600 Parkwood Cir., #400**<br>**Atlanta, GA 30339** | | | **36,085.85** |
| **American Arbitration Association**<br>**2200 Century Parkway #300**<br>**Atlanta, GA 30345** | **American Arbitration Association**<br>**2200 Century Parkway #300**<br>**Atlanta, GA 30345** | | | **32,242.50** |
| **Abarrotes Morelos**<br>**6000 Dawson Blvd., Suite J**<br>**Norcross, GA 30093** | **Abarrotes Morelos**<br>**6000 Dawson Blvd., Suite J**<br>**Norcross, GA 30093** | | | **Undetermined** |
| **Advanced Disposal Services**<br>**3000 Colonial Ctr Pkwy,**<br>**Suite 230**<br>**Roswell, GA 30076** | **Advanced Disposal Services**<br>**3000 Colonial Ctr Pkwy, Suite 230**<br>**Roswell, GA 30076** | | | **Undetermined** |
| **All Painting Contractors**<br>**391 Pike Blvd**<br>**Lawrenceville, GA 30046** | **All Painting Contractors**<br>**391 Pike Blvd**<br>**Lawrenceville, GA 30046** | | | **Undetermined** |
| **Angel Cleaning Company, LLC**<br>**3280 Hampton Trace Ct**<br>**Buford, GA 30519** | **Angel Cleaning Company, LLC**<br>**3280 Hampton Trace Ct**<br>**Buford, GA 30519** | | | **Undetermined** |
| **Aqua Underground, Inc.**<br>**315C Northpoint Parkway**<br>**Acworth, GA 30102** | **Aqua Underground, Inc.**<br>**315C Northpoint Parkway**<br>**Acworth, GA 30102** | | | **Undetermined** |
| **Atlanta Sprinkler Inspection**<br>**32 Barrow Business Park**<br>**Winder, GA 30680** | **Atlanta Sprinkler Inspection**<br>**32 Barrow Business Park**<br>**Winder, GA 30680** | | | **Undetermined** |
| **Barron's HVAC**<br>**1710 Wilwat Drive, Suite 1**<br>**Norcross, GA 30093** | **Barron's HVAC**<br>**1710 Wilwat Drive, Suite 1**<br>**Norcross, GA 30093** | | | **Undetermined** |

B4 (Official Form 4) (12/07) - Cont.

In re   **RGR Watkins, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BBROS, Inc.<br>6500 McDonough Dr. NW<br>Norcross, GA 30093 | BBROS, Inc.<br>6500 McDonough Dr. NW<br>Norcross, GA 30093 | | | Undetermined |
| Blue Fire<br>6080 McDonough Dr<br>Norcross, GA 30093 | Blue Fire<br>6080 McDonough Dr<br>Norcross, GA 30093 | | | Undetermined |
| Brickman Group Holdings, Inc.<br>1614 Hillcrest Rd<br>Norcross, GA 30093 | Brickman Group Holdings, Inc.<br>1614 Hillcrest Rd<br>Norcross, GA 30093 | | | Undetermined |
| Burns Ventures, Inc.<br>1748 N. Round Road<br>Lawrenceville, GA 30045-3496 | Burns Ventures, Inc.<br>1748 N. Round Road<br>Lawrenceville, GA 30045-3496 | | | Undetermined |
| CIRE Entertainment<br>2083 Skylar Leigh Dr.<br>Buford, GA 30518 | CIRE Entertainment<br>2083 Skylar Leigh Dr.<br>Buford, GA 30518 | | | Undetermined |
| Comcast Corporation<br>1701 John F. Kennedy Blvd<br>Suite 307<br>Suwanee, GA 30024 | Comcast Corporation<br>1701 John F. Kennedy Blvd<br>Suite 307<br>Suwanee, GA 30024 | | | Undetermined |
| Core Roofing Systems, Inc.<br>1360 Union Hill Rd<br>Alpharetta, GA 30004 | Core Roofing Systems, Inc.<br>1360 Union Hill Rd<br>Alpharetta, GA 30004 | | | Undetermined |
| DS Waters of America, LP<br>5660 New Northside Dr. #500<br>Macon, GA 31204 | DS Waters of America, LP<br>5660 New Northside Dr. #500<br>Macon, GA 31204 | | | Undetermined |
| Fickling & Company, Inc.<br>577 Mulberry St., #1100<br>Macon, GA 31201 | Fickling & Company, Inc.<br>577 Mulberry St., #1100<br>Macon, GA 31201 | | | Undetermined |
| Fickling Management Services, LLC<br>577 Mulberry St., #1100<br>Macon, GA 31201 | Fickling Management Services, LLC<br>577 Mulberry St., #1100<br>Macon, GA 31201 | | | Undetermined |

B4 (Official Form 4) (12/07) - Cont.

In re   **RGR Watkins, LLC**                                              Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _9 - 11 - 2013_          Signature   _____

Robert G. Roskamp
Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.