**[8new11]** [ORDER SCHEDULING STATUS CONFERENCE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:13−bk−12147−KRM
                                                                        Chapter 11

RGR Watkins, LLC
1226 N. Tamiami Trail
Suite 301
Sarasota, FL 34236




_____Debtor\*_____/


ORDER SCHEDULING STATUS CONFERENCE

   THIS CASE came on for consideration, without a hearing, for the purpose of entry of an Order Scheduling a Status Conference pursuant to Bankruptcy Code Section 105(d).

   The Court considered the record and finds that on September 12, 2013 , the Debtor filed a Petition for Relief under Chapter 11 of the Bankruptcy Code and has now converted to a Chapter 11 case. Therefore it is appropriate to schedule a status conference for the purpose of, (l) fixing a date by which the Debtor−in−Possession (DIP/Trustee) must assume or reject executory contracts or unexpired leases; (2) to set a date by which the DIP or Trustee, if one has been appointed, is to file a disclosure statement and the plan; (3) to set a date to solicit acceptance of the plan; (4) to set a date for which a party of interest, other than the Debtor, may file a plan; (5) to set a date by which a proponent of a plan, other than the Debtor, shall solicit acceptance of the plan; (6) to set the scope and format of the notice concerning a hearing on the approval of the disclosure statement; (7) and to consider whether or not the approval of the disclosure statement should be combined with the hearing on confirmation of the plan.

   To fully effectuate the purpose of Section 105(d) of the Bankruptcy Code, it is essential that counsel of record for the Debtor together with the individual Debtor or representative of the corporate Debtor with authority to comply with the requirements set forth in the order entered at the conclusion of the status conference appear. Accordingly, it is

   **ORDERED**:

   1.   Status Conference. The Status Conference be, and the same hereby is scheduled to be held before the Honorable K. Rodney May in Tampa, FL − Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue , on **October 3, 2013** at **9:30 AM** .

   2.   Appropriate Courtroom Attire. You are reminded that Local Rule 5072−1 (b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3.    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

BY THE COURT

Dated: September 13, 2013

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.