UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

RGR WATKINS, LLC,                                   Case No. 8:13-bk-12147-KRM

       Debtor.
_____/

**AGREED INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF
CASH COLLATERAL AND GRANTING REPLACEMENT LIENS PURSUANT
TO SECTIONS 105(a), 361, 363, 541 AND 552 OF THE BANKRUPTCY CODE
AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE[1]**

THIS CASE came before the Court for a hearing on September 16, 2013 at 2:00 p.m., for consideration of the *Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to Sections 105(a), 361, 363, 541 and 552 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**") (Doc. No. 6) and the *Response in Opposition Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to Sections 105(a), 361, 363, 541 and 552 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure* (the "**Objection**") (Doc. No. 19) filed by CJUF III Atlas Portfolio LLC ("**CJUF**"), as successor in interest to CSMI Investors, LLC, as successor in interest to Bank of America, N.A. The Motion seeks the entry of interim and final orders authorizing the use of "Cash Collateral" as defined in Section 363(a) of the Bankruptcy Code. The Court, having reviewed the Motion and being advised of the

---

[1] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

agreement of the Debtor and CJUF, and having heard the argument of the United States Trustee, finds that the Motion should be granted on an interim basis. Accordingly, for the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Motion is granted on an interim basis as set forth herein pending a further hearing to be conducted by the Court on November 14, 2013 at 11:00 a.m.

2. As set forth in the Court's *Agreed Order Granting Emergency Motion Pursuant To 11 U.S.C. § 543(D)(1) to Excuse Receiver From Compliance with Turnover Requirements and to Establish Powers and Duties of Receiver*, the Debtor and CJUF, with approval of the Court, have agreed, without prejudice, to leave Richard DeLisle (the "**Receiver**") in place through November 15, 2013.

3. The Debtor, through the Receiver, is authorized to use Cash Collateral (as that term is defined in Section 363(a) of the Bankruptcy Code) including, without limitation, cash, deposit accounts, accounts receivable, and rental revenue in accordance with the budget (the "**Budget**"), a copy of which is attached hereto as **Exhibit A**, so long as the aggregate of all expenses for each week do not exceed the amount in the Budget by more than ten percent (10%) for any such week on a cumulative basis (the "**Variance**"). Expenses not included in the Budget or which exceed the Variance may be paid with the written consent of the Debtor and CJUF. Notwithstanding the foregoing, subject to the provisions of paragraph ten of this Order, expenditures in excess of the Variance or not on the Budget will not be deemed to be unauthorized use of Cash Collateral, unless the

recipient cannot establish that the expense would be entitled to administrative expense priority if the recipient had extended credit for the expenditure.

4. CJUF is granted as adequate protection a post-petition replacement lien against the Debtor's Cash Collateral to the same extent, validity, and priority as existed as of the Petition Date without the need to file or execute any document as may otherwise be required under applicable nonbankruptcy law.

5. The Debtor, through the Receiver, shall maintain insurance coverage for the Business Center in accordance with the obligations under the Loan Documents.

6. This Order is not and shall not be construed as determinative as to whether or not any creditor has a valid lien on any property of the Debtor or its estate. This Order is not and shall not be construed as determinative as to the extent or amount of any secured claim associated with any such lien.

7. This Order is without prejudice to the Debtor's right to challenge the extent, validity, or priority of any lien or claim of any creditor, and is likewise without prejudice to the right of any creditor to seek modified adequate protection or restrictions on use of Cash Collateral. Nothing contained in this Order shall be deemed to constitute a waiver of any party's rights.

8. This Order is without prejudice to the Debtor's rights to seek authority by separate motion to pay monies in excess of the amounts set forth in the Budget.

9. The provisions of this Order shall remain in full force and effect unless modified or vacated by subsequent order of this Court.

10. All persons and entities owing monies to the Debtor are authorized and directed to pay the monies to the Receiver on behalf of the Debtor, without setoff, which sums shall upon collection by the Receiver constitute Cash Collateral.

**DONE AND ORDERED** at Tampa, Florida, on ___October 28, 2013___.

K. Rodney May
United States Bankruptcy Judge

Attorney Elena Paras Ketchum is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

4

# EXHIBIT A

| G/L CODE | DESCRIPTION | SEP | OCT | NOV | Total |
|---|---|---:|---:|---:|---:|
| **RENTAL INCOME** | | | | | |
| 4001 | RENTAL INCOME | 30,269 | 139,286 | 140,812 | 310,367 |
| | **NET RENTAL INCOME** | **30,269** | **139,286** | **140,812** | **310,367** |
| **OTHER INCOME** | | | | | |
| 4212 | COMMON AREA MAINTENANCE | 11,886 | 50,750 | 51,224 | 113,860 |
| 4274 | LATE FEE INCOME | - | 367 | 194 | 561 |
| 4318 | TI REIMBURSEMENT | - | 2,139 | 2,139 | 4,278 |
| 4320 | UTILITY / WATER INCOME | 183 | 420 | 210 | 813 |
| 4015 | PREPAID RENT | 2,470 | - | - | 2,470 |
| 4199 | WORK ORDER INCOME | 328 | - | - | 328 |
| 4910 | SECURITY DEPOSIT FORFEIT CLEARING ACCOUNT | 3,005 | - | - | 3,005 |
| | **TOTAL OTHER INCOME** | **14,867** | **53,676** | **53,767** | **122,310** |
| | **TOTAL INCOME:** | **45,136** | **192,962** | **194,579** | **432,677** |
| **SALARIES** | | | | | |
| 5008 | MAINTENANCE ASSISTANT | 1,206 | 5,111 | 2,556 | 8,873 |
| 5020 | PAYROLL SALARY | 6,319 | 13,049 | 6,524 | 25,893 |
| 5027 | PAYROLL TAXES & FEES | 988 | 2,542 | 1,271 | 4,801 |
| 5032 | LIFE & HEALTH INSURANCE | 325 | 2,375 | 1,188 | 3,888 |
| 5014 | OVERTIME | 108 | - | - | - |
| | **TOTAL SALARIES** | **8,839** | **23,077** | **11,538** | **43,454** |
| **LANDSCAPE SERVICES** | | | | | |
| 5102 | LANDSCAPE EXTERIOR CONTRACT | 3,600 | 4,500 | 4,500 | 12,600 |
| 5106 | LANDSCAPE FLOWERS/SEASONAL COLOR | - | 10,000 | - | 10,000 |
| 5108 | LANDSCAPE PINESTRAW/MULCH | - | - | - | - |
| 5112 | LANDSCAPE MISCELLANEOUS | - | - | - | - |
| 5120 | TREE REMOVAL/IRRIGATION | - | - | - | - |
| | **TOTAL LANDSCAPE SERVICES** | **3,600** | **14,500** | **4,500** | **22,600** |

**UTILITIES**

| | | | | |
|---|---|---|---|---|
| 5200 ELECTRICITY - VACANTS | 338 | 1,619 | 1,594 | 3,551 |
| 5202 ELECTRICITY - COMMON AREA | - | 3,027 | 2,561 | 5,588 |
| 5204 ELECTRICITY - BUILDING | - | 749 | 695 | 1,444 |
| 5216 GAS - BUILDING | - | 637 | 730 | 1,367 |
| 5220 WATER/SEWAGE - COMMON AREA | - | 5,010 | 5,010 | 10,020 |
| 5221 WATER / IRRIGATION | - | 3,212 | 547 | 3,759 |
| 5222 WATER / SEWAGE - VACANTS | - | 79 | 79 | 158 |
| 5228 TRASH REMOVAL | - | 2,785 | 2,785 | 5,570 |
| **TOTAL UTILITIES** | **338** | **17,118** | **14,001** | **31,458** |

**CLEANING & JANITORIAL**

| | | | | |
|---|---|---|---|---|
| 5262 DAY PORTER | - | - | - | - |
| 5266 JANITORIAL CONTRACT | - | 675 | 675 | 1,350 |
| 5270 JANITORIAL SUPPLIES | - | 150 | 75 | 225 |
| **TOTAL CLEANING / JANITORIAL** | **-** | **825** | **750** | **1,575** |

**REPAIRS & MAINTENANCE**

| | | | | |
|---|---|---|---|---|
| 5310 VACANT CLEANING | - | 100 | 50 | 150 |
| 5316 PAINT/WALLPAPER | 1,400 | - | - | 1,400 |
| 5450 ADA Compliance | 151 | 175 | 88 | 414 |
| 5467 Ceiling Tile Repair | - | 160 | 80 | 240 |
| 5471 CONTROLLED ACCESS/ALARMS/MONITORING | - | 81 | - | 81 |
| 5474 ELECTRICAL REPAIRS | - | 120 | 60 | 180 |
| 5475 ELECTRICAL SUPPLIES - BALLASTS | 508 | 215 | 108 | 831 |
| 5476 ELECTRICAL SUPPLIES - BALLASTS COMMON | - | 150 | 75 | 225 |
| 5477 ELECTRICAL SUPPLIES - LAMPS | 305 | 225 | 113 | 643 |
| 5478 ELECTRICAL SUPPLIES - LAMPS COMMON | - | 175 | 88 | 263 |
| 5479 ELECTRICAL SUPPLIES - MISCELLANEOUS | 52 | 120 | 60 | 232 |
| 5489 EQUIPMENT REPAIRS | - | - | - | - |
| 5490 EXTERIOR REFURBISHMENT / REPAIRS | - | 175 | 88 | 263 |
| 5491 Fire/Life/Safety - Extinguishers | - | - | 138 | 138 |
| 5493 Fire/Life/Safety - Sprinklers | - | - | - | - |
| 5494 FIRE/LIFE/SAFETY - SUPPLIES | 131 | 280 | 140 | 551 |

| Code | Description | | | | |
|---|---|---|---|---|---|
| 5495 | Sheetrock Repair/Replace | 28 | 55 | 28 | 111 |
| 5496 | FUEL | 90 | 200 | 100 | 390 |
| 5498 | GENERAL MAINTENANCE UNIFORMS | - | - | - | - |
| 5500 | GENERAL MAINTENANCE - MATERIALS/SUPPLIES | 18 | 80 | 40 | 138 |
| 5501 | GENERAL MAINTENANCE - Small tools/Equipment | 185 | - | - | 185 |
| 5502 | GENERAL MAINTENANCE - MISCELLANEOUS | - | 75 | 38 | 113 |
| 5513 | HVAC Supplies | - | 40 | 20 | 60 |
| 5514 | HVAC REPAIRS | 89 | 950 | 475 | 1,514 |
| 5519 | IRRIGATION REPAIRS | 2,495 | 750 | - | 3,245 |
| 5521 | LOCKS & KEYS | - | 420 | 210 | 630 |
| 5528 | PARKING LOT REPAIRS | - | 1,000 | 500 | 1,500 |
| 5530 | PEST CONTROL & BOND | - | - | - | - |
| 5531 | PLUMBING - CONTRACT SVCS | - | - | - | - |
| 5532 | PLUMBING REPAIRS | - | 500 | 250 | 750 |
| 5534 | PLUMBING SUPPLIES | 3 | 250 | 125 | 378 |
| 5537 | ROOFING REPAIRS | - | 500 | 250 | 750 |
| 5540 | SIGN EXPENSE - Bldg Suites | - | 500 | 250 | 750 |
| | **TOTAL REPAIRS & MAINTENANCE** | **5,455** | **7,296** | **3,370** | **16,121** |

**MARTKETING**

| Code | Description | | | | |
|---|---|---|---|---|---|
| 5562 | PUBLICATIONS | - | 600 | 300 | 900 |
| 5566 | BROCHURES/LETTERHEAD/FLYERS | - | - | 500 | 500 |
| 5568 | RESIDENT RELATIONS / SPECIALTY ITEMS | - | 50 | 25 | 75 |
| 5564 | DUES/MEMBERSHIPS/SUBSCRIPTIONS | - | - | - | - |
| 5572 | MOVE-IN GIFTS | - | 50 | 25 | 75 |
| 5574 | PARTIES / GRAND OPENINGS | 550 | - | - | 550 |
| 5582 | TENANT RELATIONS | - | - | - | - |
| | **TOTAL MARKETING** | **550** | **700** | **850** | **2,100** |

**ADMINISTRATIVE EXPENSES**

| Code | Description | | | | |
|---|---|---|---|---|---|
| 5600 | ACCOUNTING SERVICES | - | 750 | 750 | 1,500 |
| 5608 | ARCHITECTURAL FEES | 2,614 | - | - | 2,614 |
| 5609 | BANK SERVICE CHARGE | - | 15 | 15 | 30 |

| | | | | |
|---|---:|---:|---:|---:|
| 5614 BUSINESS LICENSES / FEES | - | - | - | - |
| 5620 COMPUTER & SOFTWARE EXPENSE | 1,562 | - | - | 1,562 |
| 5624 CREDIT BUREAU FEES | - | 80 | 40 | 120 |
| 5627 GROUND RENT/LEASE | - | - | - | - |
| 5630 EQUIPMENT RENTAL/LEASE | 213 | 230 | 230 | 673 |
| 5631 FITNESS FACILITY EXPENSE | - | 250 | 250 | 500 |
| 5633 FURNITURE - OFFICE | - | - | - | - |
| 5636 LEGAL/FILING FEES | - | 1,000 | 500 | 1,500 |
| 5642 MILEAGE EXPENSE | - | 35 | 18 | 53 |
| 5637 LICENSES & PERMITS | - | - | - | - |
| 5644 OFFICE SUPPLIES/FORMS/COPIES | 120 | 250 | 125 | 495 |
| 5646 OVERNIGHT EXPENSE | 71 | 35 | 18 | 124 |
| 5649 POSTAGE | - | 200 | 100 | 300 |
| 5652 PROFESSIONAL FEES | - | - | - | - |
| 5662 SECURITY PROTECTION | - | 2,320 | 2,320 | 4,640 |
| 5668 TELEPHONE / CELL PHONE EXPENSES | 308 | 520 | 520 | 1,348 |
| 5672 TRAVEL & ENTERTAINMENT | - | 165 | 83 | 248 |
| **TOTAL ADMINISTRATIVE EXPENSE** | **4,887** | **5,850** | **4,968** | **15,705** |
| **MANAGEMENT FEES** | | | | |
| 5700 MANAGEMENT FEE | 1,675 | 6,754 | 6,824 | 15,253 |
| **TOTAL MANAGEMENT FEES** | **1,675** | **6,754** | **6,824** | **15,253** |
| **INSURANCE** | | | | |
| 5800 INSURANCE | - | - | - | - |
| **TOTAL INSURANCE** | - | - | - | - |
| **PROPERTY TAXES** | | | | |
| 5900 TAXES - PROPERTY | - | - | - | - |
| **TOTAL TAXES** | - | - | - | - |
| **TOTAL EXPENSES:** | **25,344** | **76,120** | **46,801** | **148,265** |

| | | 19,792 | 116,842 | 147,778 | 284,412 |
|---|---|---:|---:|---:|---:|
| | NET OPERATING INCOME (NOI) | | | | |
| | LEASING COSTS NOT CAM'D | | | | |
| 5619 | COMMISSION - LEASING FEES | 3,501 | 26,000 | 8,640 | 43,091 |
| | TOTALS | 3,501 | 26,000 | 8,640 | 43,091 |
| | NET CASH FLOW | 16,291 | 90,842 | 139,138 | 241,321 |
| 8030 | NON-ESCALATING CONSULTING | - | - | - | - |
| 8032 | NON-ESCALATING DESIGN FEES | - | - | - | - |
| 8034 | NON-ESCALATING ADVERTISING | - | - | - | - |
| | TOTAL NON-ESCALATING ACCOUNTS | - | - | - | - |
| | CASHFLOW AFTER NON-ESCALATING ACCOUNTS | 16,291 | 90,842 | 139,138 | 241,321 |
| 8001-000 | TENANT IMPROVEMENTS | - | 70,687 | 11,011 | 81,698 |
| 8001-000 | SPACE PLANNING | - | 1,530 | 490 | 2,020 |
| | TOTAL TI | - | 72,217 | 11,501 | 83,718 |
| | CASH FLOW AFTER TENANT IMPROVEMENTS | 16,291 | 18,625 | 127,638 | 162,554 |
| | Capital Improvements | - | - | - | - |
| | TOTAL CAPEX | - | - | - | - |
| | CASH FLOW AFTER CAPEX | 16,291 | 18,625 | 127,638 | 162,554 |